NUMBER 13-07-00325-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






IN THE MATTER OF R. A. H., A JUVENILE






On appeal from the County Court at Law No.2 


of Victoria County, Texas.






MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Robert Hess, perfected an appeal from an order entered by the County
Court at Law No. 2 of Victoria County, Texas, in cause number 1-4555. After the record
was filed, appellant filed a motion to withdraw his notice of appeal and dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of November, 2007.